IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**APPLE INC.,**<br><br>    Defendant. | **CASE NO. 2:15-CV-289**<br><br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT APPLE INC.'S JURY DEMAND

Pursuant to Local Rule CV-38(a), Defendant Apple Inc. respectfully demands a jury trial on all issues so triable.

Dated: April 22, 2015

Respectfully submitted,

By:  */s/ Ruffin Cordell*
Ruffin Cordell
cordell@fr.com
Texas Bar No. 04820550
Joseph V. Colaianni
colaianni@fr.com
D.C. Bar No. 454744
**FISH & RICHARDSON P.C.**
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
(202) 783-5070 (Telephone)
(202) 783-2331 (Facsimile)

Thomas H. Reger II
reger@fr.com
Texas Bar No. 24032992
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)

(214) 747-2091 (Facsimile)

Benjamin C. Elacqua
elacqua@fr.com
Texas Bar No. 24055443
**FISH & RICHARDSON P.C.**
1221 McKinney Street, Suite 2800
Houston, TX 77010
(713) 654-5300 (Telephone)
(713) 652-0109 (Facsimile)

Christopher O. Green
cgreen@fr.com
Georgia Bar No. 037617
**FISH & RICHARDSON P.C.**
1180 Peachtree Street, N.E., 21st Floor
Atlanta, GA 30309
(404) 892-5005 (Telephone)
(404) 892-5002 (Facsimile)

Melissa Richards Smith
melissa@gillamsmithlaw.com
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Ave.
Marshall, TX 75670
(903) 934-8450 (Telephone)
(903) 934-9257 (Facsimile)

Michael E. Jones
mikejones@potterminton.com
Texas Bar No. 10929400
Allen F. Gardner
allengardner@potterminton.com
Texas Bar No. 24043679
**POTTER MINTON**
110 N. College Ave., Suite 500
Tyler, TX 75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

**COUNSEL FOR APPLE INC.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on April 22, 2015, per Local Rule CV-5(a)(3).

*/s/ Ruffin Cordell*
Ruffin Cordell