IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC. and<br>TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | CIVIL ACTION NO. 2:15-cv-289-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON'S
NOTICE OF P.R. 3-1 AND P.R. 3-2 DISCLOSURES**

Plaintiff Ericsson Inc. and Telefonaktiebolaget LM Ericsson (together, "Ericsson") hereby notify the Court that pursuant to the Court's May 7, 2015 Order, and P.R. 3-1 and 3-2, Ericsson served its required disclosures upon counsel for Defendant Apple Inc. on May 15, 2015.

Dated: May 15, 2015

Respectfully Submitted,

By:    */s/ Aaron R. Hand*
       Henry C. Bunsow (California State Bar #60707)
       *Lead Attorney*
       **BUNSOW, DE MORY, SMITH & ALLISON LLP**
       351 California Street, Suite 200
       San Francisco, California 94104
       Telephone: (415) 426-4747
       Facsimile: (415) 426-4744
       Email: hbunsow@bdiplaw.com

Denise M. De Mory (California State Bar #168076)
Aaron R. Hand (California State Bar #245755)
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
701 El Camino Real
Redwood City, California  94063
Telephone:  (650) 351-7248
Facsimile:  (650) 351-7259
Email:  ddemory@bdiplaw.com
Email:  ahand@bdiplaw.com

Mike McKool, Jr. (Texas State Bar #13732100)
Douglas A. Cawley (Texas State Bar #0403550)
Theodore Stevenson, III (Texas State Bar #19196650)
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone:  (214) 978-4000
Facsimile:  (214) 978-4044
Email:  mmckool@mckoolsmith.com
Email:  dcawley@mckoolsmith.com
Email:  tstevenson@mckoolsmith.com

Samuel F. Baxter (Texas State Bar #01938000)
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099
Email:  sbaxter@mckoolsmith.com

*Attorneys for Plaintiffs*
**ERICSSON INC. and
TELEFONAKTIEBOLAGET LM ERICSSON**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).


Dated:  May 15, 2015

                     */s/ Aaron R. Hand*
                     Aaron R. Hand