# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | CIVIL ACTION NO. 2:15-cv-289-JRG-RSP |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | |
| APPLE INC., | |
| Defendant. | |

## ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON'S NOTICE OF P.R. 3-1 AND P.R. 3-2 DISCLOSURES PERTAINING TO U.S. PATENT 8,078,134

Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (together, "Ericsson") hereby notify the Court and Parties that Ericsson served its P.R. 3-1 and P.R. 3-2 disclosures pertaining to U.S. Patent 8,078,134, identified in Ericsson's First Amended Complaint (Dkt. 41) filed on May 18, 2015, upon counsel for Defendant Apple Inc. on May 26, 2015.

Dated: May 27, 2015              Respectfully Submitted,

By: */s/ Aaron R. Hand*
Henry C. Bunsow (California State Bar #60707)
*Lead Attorney*
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
351 California Street, Suite 200
San Francisco, California 94104
Telephone: (415) 426-4747
Facsimile: (415) 426-4744
Email: hbunsow@bdiplaw.com

Denise M. De Mory (California State Bar #168076)
Aaron R. Hand (California State Bar #245755)
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
701 El Camino Real
Redwood City, California  94063
Telephone:  (650) 351-7248
Facsimile:  (650) 351-7259
Email:  ddemory@bdiplaw.com
Email:  ahand@bdiplaw.com

Mike McKool, Jr. (Texas State Bar #13732100)
Douglas A. Cawley (Texas State Bar #0403550)
Theodore Stevenson, III (Texas State Bar #19196650)
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone:  (214) 978-4000
Facsimile:  (214) 978-4044
Email:  mmckool@mckoolsmith.com
Email:  dcawley@mckoolsmith.com
Email:  tstevenson@mckoolsmith.com

Samuel F. Baxter (Texas State Bar #01938000)
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099
Email:  sbaxter@mckoolsmith.com

*Attorneys for Plaintiffs*
**ERICSSON INC. and**
**TELEFONAKTIEBOLAGET LM ERICSSON**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

Dated:  May 27, 2015

                                                              */s/ Aaron R. Hand*
                                                                 Aaron R. Hand