**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CIVIL ACTION NO. 2:15-cv-289 <br><br> JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE OF DINO HADZIBEGOVIC**

Please take notice that the following attorney is entering an appearance for Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson: Dino Hadzibegovic, California State Bar Number 267489, of Bunsow, De Mory, Smith & Allison LLP, 351 California Street, Suite 200, San Francisco, California 94104, (415) 426-4747. Mr. Hadzibegovic is admitted to practice in the Eastern District of Texas. Henry C. Bunsow of Bunsow, De Mory, Smith & Allison LLP remains the Lead Attorney.

Dated: June 5, 2015     Respectfully Submitted,

By: */s/ Dino Hadzibegovic*
Dino Hadzibegovic (California State Bar # 267489)
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
351 California Street, Suite 200
San Francisco, California 94104
Telephone: (415) 426-4747
Facsimile: (415) 426-4744
Email: dhadzibegovic@bdiplaw.com

*Attorneys for Plaintiffs*
**ERICSSON INC. and
TELEFONAKTIEBOLAGET LM ERICSSON**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

Dated: June 5, 2015

*/s/ Dino Hadzibegovic*
Dino Hadzibegovic