## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| APPLE INC., | ) ) |
| Defendant. | ) ) |

CIVIL ACTION NO. 2:15-cv-289

JURY TRIAL DEMANDED

### NOTICE OF APPEARANCE OF ROBIN K. CURTIS

Please take notice that the following attorney is entering an appearance for Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson: Robin K. Curtis, California State Bar Number 271702, of Bunsow, De Mory, Smith & Allison LLP, 351 California Street, Suite 200, San Francisco, California 94104, (415) 426-4747. Ms. Curtis is admitted to practice in the Eastern District of Texas. Henry C. Bunsow of Bunsow, De Mory, Smith & Allison LLP remains the Lead Attorney.

Dated:  June 5, 2015            Respectfully Submitted,

By:   */s/ Robin K. Curtis*
Robin K. Curtis (California State Bar # 271702)
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
351 California Street, Suite 200
San Francisco, California 94104
Telephone:  (415) 426-4747
Facsimile:  (415) 426-4744
Email:  rcurtis@bdiplaw.com

*Attorneys for Plaintiffs*
**ERICSSON INC. and**
**TELEFONAKTIEBOLAGET LM ERICSSON**

1

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

Dated:  June 5, 2015

                                                                  */s/ Robin K. Curtis*
                                                                    Robin K. Curtis