**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| APPLE INC., | ) ) ) |
| Defendant. | ) |

CIVIL ACTION NO. 2:15-cv-289

JURY TRIAL DEMANDED

## NOTICE OF APPEARANCE OF JEFFREY D. CHEN

Please take notice that the following attorney is entering an appearance for Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson: Jeffrey D. Chen, California State Bar Number 267837, of Bunsow, De Mory, Smith & Allison LLP, 701 El Camino Real, Redwood City, California 94063, (650) 351-7248.  Mr. Chen is admitted to practice in the Eastern District of Texas.  Henry C. Bunsow of Bunsow, De Mory, Smith & Allison LLP remains the Lead Attorney.

Dated:  June 5, 2015                              Respectfully Submitted,

By:   */s/ Jeffrey D. Chen*
Jeffrey D. Chen (California State Bar #267837)
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
701 El Camino Real
Redwood City, California  94063
Telephone:  (650) 351-7248
Facsimile:  (650) 351-7253
Email:  jchen@bdiplaw.com

*Attorneys for Plaintiffs*
**ERICSSON INC. and
TELEFONAKTIEBOLAGET LM ERICSSON**

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

Dated:  June 5, 2015

*/s/ Jeffrey D. Chen*
Jeffrey D. Chen