**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,**<br>　　　　　**Plaintiffs,**<br><br>　　　　　**v.**<br><br>**APPLE INC.,**<br>　　　　　**Defendant.** | **CIVIL ACTION NO. 2:15-cv-289**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF DISCOVERY ORDER

Pursuant to the Court's Order of May 7, 2015, Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") and Defendant Apple Inc. ("Apple") jointly submit a proposed Discovery Order, attached hereto.

Dated: June 12, 2015

By:    */s/ Henry C. Bunsow*

Henry C. Bunsow
(California State Bar #60707)
*Lead Attorney*
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
351 California Street, Suite 200
San Francisco, California 94104
Telephone: (415) 426-4747
Facsimile: (415) 426-4744
Email: hbunsow@bdiplaw.com

Denise M. De Mory
(California State Bar #168076)
Aaron R. Hand
(California State Bar #245755)
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
701 El Camino Real
Redwood City, California 94063
Telephone: (650) 351-7248
Facsimile: (650) 351-7259
Email: ddemory@bdiplaw.com
Email: ahand@bdiplaw.com

Mike McKool, Jr.
(Texas State Bar #13732100)
Douglas A. Cawley
(Texas State Bar #0403550)
Theodore Stevenson, III
(Texas State Bar #19196650)
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044
Email: mmckool@mckoolsmith.com
Email: dcawley@mckoolsmith.com
Email: tstevenson@mckoolsmith.com

By:    */s/ Ruffin Cordell*

Ruffin Cordell
cordell@fr.com
Texas Bar No. 04820550
Joseph V. Colaianni
colaianni@fr.com
D.C. Bar No. 454744
**FISH & RICHARDSON P.C.**
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
(202) 783-5070 (Telephone)
(202) 783-2331 (Facsimile)

Thomas H. Reger II
reger@fr.com
Texas Bar No. 24032992
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

Benjamin C. Elacqua
elacqua@fr.com
Texas Bar No. 24055443
**FISH & RICHARDSON P.C.**
1221 McKinney Street, Suite 2800
Houston, TX 77010
(713) 654-5300 (Telephone)
(713) 652-0109 (Facsimile)

Christopher O. Green
cgreen@fr.com
Georgia Bar No. 037617
**FISH & RICHARDSON P.C.**
1180 Peachtree Street, N.E., 21st Floor
Atlanta, GA 30309
(404) 892-5005 (Telephone)
(404) 892-5002 (Facsimile)

Samuel F. Baxter
(Texas State Bar #01938000)
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099
Email:  sbaxter@mckoolsmith.com

*Attorneys for Plaintiffs*
**ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON**

Melissa Richards Smith
melissa@gillamsmithlaw.com
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Ave.
Marshall, TX 75670
(903) 934-8450 (Telephone)
(903) 934-9257 (Facsimile)

Michael E. Jones
mikejones@potterminton.com
Texas Bar No. 10929400
Allen F. Gardner
allengardner@potterminton.com
Texas Bar No. 24043679
**POTTER MINTON**
110 N. College Ave., Suite 500
Tyler, TX 75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

*Attorneys for Defendant Apple Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that Ericsson and Apple have discussed the Joint Discovery Order. After meeting and conferring by email and phone on the issues, the parties agreed they had reached an agreement on the issues.

/s/ *Josh Budwin*
Josh Budwin

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically filed with the CM/ECF system per LR 5.1, and that all interested parties are being served with a true and correct copy of these documents via the CM/ECF system on June 12, 2015.

/s/ *Josh Budwin*
Josh Budwin