**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,** <br>           **Plaintiffs,** <br><br>    v. <br><br> **APPLE INC.,** <br><br>           **Defendant.** | **CIVIL ACTION NO. 2:15-cv-289** <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF COMPLIANCE REGARDING INVALIDITY CONTENTIONS**

Pursuant to the Court's Docket Control Order [Dkt. 64] and Patent Rules 3-3 and 3-4, Defendant Apple Inc. hereby notifies the Court that it served its Invalidity Contentions upon Plaintiff's counsel of record via electronic mail on July 20, 2015.

1

Dated: July 22, 2015                                    Respectfully submitted,

By: /s/ *Benjamin C. Elacqua*
Ruffin Cordell
cordell@fr.com
Texas Bar. No. 04820550
Joseph V. Colaianni, Jr.
colaianni@fr.com
D.C. Bar No. 454744
Leah R. Edelman
edelman@fr.com
New York Bar No. 4999496
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
(202) 783-5070 (Telephone)
(202) 783-2331 (Facsimile)

Thomas H. Reger II
reger@fr.com
Texas Bar No. 24032992
Jane J. Du
du@fr.com
Texas Bar No. 24076355
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

Benjamin C. Elacqua
elacqua@fr.com
Texas Bar No. 24055443
Michael R. Rueckheim
rueckheim@fr.com
Texas Bar No. 1534350
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
(713) 654-5300 (Telephone)
(713) 652-0109 (Facsimile)

Christopher O. Green
cgreen@fr.com

Georgia Bar No. 037617
Aamir A. Kazi
kazi@fr.com
Georgia Bar No. 104235
Brian P. Boyd
bboyd@fr.com
Georgia Bar No. 553190
Benjamin K. Thompson
bkt@fr.com
Georgia Bar No. 633211
Jacqueline Tio
tio@fr.com
Georgia Bar No. 940367
FISH & RICHARDSON P.C.
1180 Peachtree Street, N.E., 21st Floor
Atlanta, GA 30309
(404) 892-5005 (Telephone)
(404) 892-5002 (Facsimile)

Betty H. Chen
betty.chen@fr.com
California Bar No. 290588
Matthew R. McCullough
mccullough@fr.com
California Bar No. 301330
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
(650) 839-5070 (Telephone)
(650) 839-5071 (Facsimile)

Melissa Richards Smith
melissa@gillamsmithlaw.com
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, TX 75670
(903) 934-8450 (Telephone)
(903) 934-9257 (Facsimile)

Michael E. Jones
mikejones@potterminton.com
Texas Bar No. 10929400
Allen F. Gardner
allengardner@potterminton.com
Texas Bar No. 24043679

3

>POTTER MINTON
>110 N. College Ave., Suite 500
>Tyler, TX 75702
>(903) 597-8311 (Telephone)
>(903) 593-0846 (Facsimile)
>
>*Counsel for Defendant*
>*APPLE INC.*

## CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 22, 2015, per Local Rule CV-5(a)(3).

>*/s/ Benjamin C. Elacqua*
>Benjamin C. Elacqua