# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | ) ) ) | CIVIL ACTION NO. 2:15-cv-289-JRG-RSP |
| | ) | JURY TRIAL DEMANDED |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| APPLE INC., | ) ) | |
| Defendant. | ) ) | |

**ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON'S
NOTICE OF SERVICE OF P.R. 4-2 DISCLOSURES**

Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (together, "Ericsson")

hereby notify the Court and Parties that pursuant to the Court's July 6, 2015 Docket Control

Order (as amended on August 27, 2015), and P.R. 4-2, Ericsson served its required disclosures

upon counsel for Defendant Apple Inc. on August 28, 2015.

Dated: August 28, 2015                    Respectfully Submitted,


By: ___*/s/ Aaron R. Hand*_____
Henry C. Bunsow (California State Bar #60707)
*Lead Attorney*
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
351 California Street, Suite 200
San Francisco, California 94104
Telephone: (415) 426-4747
Facsimile: (415) 426-4744
Email: hbunsow@bdiplaw.com

1

Denise M. De Mory (California State Bar #168076)
Aaron R. Hand (California State Bar #245755)
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
701 El Camino Real
Redwood City, California  94063
Telephone:  (650) 351-7248
Facsimile:  (650) 351-7259
Email:  ddemory@bdiplaw.com
Email:  ahand@bdiplaw.com

Mike McKool, Jr. (Texas State Bar #13732100)
Douglas A. Cawley (Texas State Bar #0403550)
Theodore Stevenson, III (Texas State Bar #19196650)
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone:  (214) 978-4000
Facsimile:  (214) 978-4044
Email:  mmckool@mckoolsmith.com
Email:  dcawley@mckoolsmith.com
Email:  tstevenson@mckoolsmith.com

Samuel F. Baxter (Texas State Bar #01938000)
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099
Email:  sbaxter@mckoolsmith.com

*Attorneys for Plaintiffs*
**ERICSSON INC. and**
**TELEFONAKTIEBOLAGET LM ERICSSON**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in

compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who

are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).


Dated:  August 28, 2015

*/s/ Aaron R. Hand*
Aaron R. Hand
